# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 07-mj-07008 |
| WILBER CHAN | Christine Dieringer |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a)<br>18 USC 13 | Driving Under the Influence | 8/20/2006 | 1 |

    The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

2/14/2007
_____
Date of Imposition of Judgment

s/Michael E. Hegarty
_____
Signature of Judicial Officer

Michael E. Hegarty
U.S. District Court Magistrate
_____
Name & Title of Judicial Officer

2/14/2007
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days suspended on the condition of successful completion of six months unsupervised probation.

As a condition of the term of unsupervised probation, defendant shall complete Level II Drug/Alcohol Awareness, shall perform 48 hours of community service, 2 with the MADD organization, and shall provide proof of same to the government. Defendant shall bear the expense of these programs.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $300.00 | |
| **TOTALS** | $25.00 | $300.00 | $0.00 |

Defendant's fine and costs shall be paid by August 8, 2007.